**Fill in this information to identify the case:**

Debtor name ___**Juncker Bros. Sales & Service, Inc.**___

United States Bankruptcy Court for the:___**District of Indiana Southern**___

Case number (If known): ___**18-70773-BHL-7**___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................

   $ **1,200,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................

   $ **17,862,034.87**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................

   $ **19,062,034.87**

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................

   $ **17,317,599.46**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................

   $ **39,542.37**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................................

   **+** $ **763,894.79**

4. **Total liabilities**.................................................
   Lines 2 + 3a + 3b

   $ **18,121,036.62**

**Fill in this information to identify the case:**

Debtor name  Juncker Bros. Sales & Service, Inc.

United States Bankruptcy Court for the: District of Indiana Southern

Case number (If known):  18-70773-BHL-7

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $298.74

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Natl. Bank - Small Business Checking | Checking | 9  8  4  2 | $56,904.30 |
| 3.2. | Old National Bank - Free Business Checking | Checking | 6  2  8  0 | $8,892.63 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | First Natl. Bank - Free Business Checking | $100.00 |
| 4.2. | | $ |

5. **Total of Part 1**   $66,195.67

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    Juncker Bros. Sales & Service, Inc. _____    Case number *(if known)* 18-70773-BHL-7
     Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1. _____    $_____

     8.2. _____    $_____

9. **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.    | $_____ |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☒ Yes. Fill in the information below.

                                                         Current value of debtor's interest

11. **Accounts receivable**

     11a. 90 days old or less:   $442,526.33    –   $0.00     = ........ ➔    $442,526.33
                                face amount                 doubtful or uncollectible accounts

     11b. Over 90 days old:   $0.00    –   $0.00     = ........ ➔    $0.00
                               face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $442,526.33 |

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

     ☒ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                     % of ownership: | | |
| 15.1. _____ _____% | _____ | $_____ |
| 15.2. _____ _____% | _____ | $_____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Debtor    Juncker Bros. Sales & Service, Inc.
          Name

Case number (if known)    18-70773-BHL-7

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** New and used inventory and parts | 07/18/2018 MM / DD / YYYY | $16,573,923.00 | Cost | $16,573,923.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$16,573,923.00

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** Soybean crop -5 acres on business premises | $ Unknown | _____ | $ Unknown |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    Juncker Bros. Sales & Service, Inc.                                  Case number (if known)    18-70773-BHL-7
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                               $ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture and fixtures | $ 80,389.87 | Net book value | $ 80,389.87 |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $ 0.00 | FMV | $ 25,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                               $ 105,389.87

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Juncker Bros. Sales & Service, Inc.
          Name

Case number *(if known)*  18-70773-BHL-7

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Vehicles | $694,812.35 | FMV | $424,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Shop Tools & Forktrucks | $_____ | FMV | $250,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $674,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor    Juncker Bros. Sales & Service, Inc.
       Name

Case number *(if known)* 18-70773-BHL-7

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial buildings on 15 acres | Fee simple | $ 419,099.80 | FMV | $ 1,200,000.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 1,200,000.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 10:** | **Intangibles and Intellectual Property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>Customer list | $ Unknown | | $ Unknown |
| **64. Other intangibles, or intellectual property**<br> | $ _____ | | $ _____ |
| **65. Goodwill**<br> | $ _____ | | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

---

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**     

Debtor    Juncker Bros. Sales & Service, Inc.
_____    Case number *(if known)* _18-70773-BHL-7_
            Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Juncker Bros. Sales & Service, Inc.
Name

Case number *(if known)* 18-70773-BHL-7

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $66,195.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $442,526.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $16,573,923.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $105,389.87 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $674,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➜ | | $1,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $17,862,034.87 | + 91b. $1,200,000.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................    $19,062,034.87

ATTACHMENT TO SCHEDULE A/B

| General Description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Case - new inventory | 7/18/2018 | $118,656.09 | Cost | 118,656.09 |
| Case - used inventory | 7/18/2018 | $11,346,076.22 | Cost | 11,346,076.22 |
| Case - parts | 7/18/2018 | $950,925.35 | Cost | 950,925.35 |
| TOTAL - CASE | | $12,415,657.66 | | |
| | | | | |
| Bushhog - new inventory | 7/18/2018 | $6,128.44 | Cost | 6,128.44 |
| Bushhog - parts | | $31,724.33 | | 31,724.33 |
| TOTAL - BUSHHOG | | $37,852.77 | | |
| | | | | |
| MacDon - new inventory | 7/18/2018 | $95,217.00 | Cost | 95,217.00 |
| TOTAL - MACDON | | $95,217.00 | | |
| | | | | |
| Other new inventory | 7/18/2018 | $71,661.50 | Cost | 71,661.50 |
| Other used inventory | 7/18/2018 | $3,610,986.83 | Cost | 3,610,986.83 |
| Other parts | 7/18/2018 | $342,547.24 | Cost | 342,547.24 |
| TOTAL - OTHER | | $4,025,195.57 | | |
| | | | | |
| TOTAL - CASE | | $12,415,657.66 | | |
| TOTAL - BUSHHOG | | $37,852.77 | | |
| TOTAL - MACDON | | $95,217.00 | | |
| TOTAL - OTHER | | $4,025,195.57 | | |
| | | | | |
| TOTAL - INVENTORY AND PARTS | | $16,573,923.00 | | |

**Fill in this information to identify the case:**

Debtor name __Juncker Bros. Sales & Service, Inc.__

United States Bankruptcy Court for the: __District of Indiana Southern__

Case number (If known): __18-70773-BHL-7__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>Bush Hog, Inc.<br><br>Creditor's mailing address<br>2501 Griffin Ave.<br>Selma, AL 36703<br><br>Creditor's email address, if known<br><br>Date debt was incurred  4/15/15<br>Last 4 digits of account number  ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>Bushhog inventory<br>Continuation of UCC-1 first filed 10/5/90<br><br>Describe the lien<br>Financing statement<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,205.91 | $ 37,852.77 |
| **2.2** Creditor's name<br>CNH Industrial Capital America, Inc.<br><br>Creditor's mailing address<br>700 State St.<br>Racine, WI 53404<br><br>Creditor's email address, if known<br><br>Date debt was incurred  1/7/16<br>Last 4 digits of account number  ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines ___ | Describe debtor's property that is subject to a lien<br>New and used Case inventory and parts<br>Continuation of UCC-1s first filed 1/5/89<br><br>Describe the lien<br>Financing statement<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 10,327,122.58 | $ 12,415,657.66 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $ 17,317,599.46 | |

Debtor    Juncker Bros. Sales & Service, Inc.
_____
Name

Case number *(if known)* 18-70773-BHL-7

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | Creditor's name

Estate of Eloise E. Juncker

**Creditor's mailing address**

c/o Brian P. Juncker, 1460 W. 1200 S.
Haubstadt, IN 47639

**Creditor's email address, if known**

**Date debt was incurred** 12/7/11

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     1:Estate of Eloise E. Juncker;
     2:Posey County Treasurer;
     3:Kenneth Juncker

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Commercial buildings on 15 acres

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 775,000.00    $ 1,200,000.00

---

**2.4** | Creditor's name

First National Bank of Carmi

**Creditor's mailing address**

201 E. Main St.
Carmi, IL 62821

**Creditor's email address, if known**

**Date debt was incurred** 4/27/17

**Last 4 digits of account number** 8 4 9 9

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     1:First National Bank of Carmi;
     2:First National Bank of Carmi;
     See Attachment 1

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket security interest in all assets
Mortgage in real estate

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,186,363.99    $ 19,062,034.87

---

Debtor  Juncker Bros. Sales & Service, Inc.
Name

Case number (if known)  18-70773-BHL-7

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

First National Bank of Carmi

Creditor's mailing address

201 E. Main St.
Carmi, IL 62821

Creditor's email address, if known

Date debt was incurred  12/7/14
Last 4 digits of account number  8 5 0 4

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Blanket security interest in all assets (flooring)
Mortgage in real estate

$ 1,019,000.00    $ 19,062,034.87

Describe the lien
Financing statement

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

First National Bank of Carmi

Creditor's mailing address

201 E. Main St.
Carmi, IL 62821

Creditor's email address, if known

Date debt was incurred  4/27/17
Last 4 digits of account number  8 6 5 0

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.4

Describe debtor's property that is subject to a lien

Blanket security interest in all assets
Mortgage in real estate

$ 585,294.18    $ 19,062,034.87

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Juncker Bros. Sales & Service, Inc.    Case number (*if known*) 18-70773-BHL-7
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

First National Bank of Carmi

Creditor's mailing address

201 E. Main St.
Carmi, IL 62821

Creditor's email address, if known

Date debt was incurred   4/27/17
Last 4 digits of account number   8 9 7 0

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.4

Describe debtor's property that is subject to a lien

Blanket security interest in all assets
Mortgage in real estate   $ 976,502.19   $ 17,082,180.85

Describe the lien
Financing statement

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** Creditor's name

First National Bank of Carmi

Creditor's mailing address

201 E. Main St.
Carmi, IL 62821

Creditor's email address, if known

Date debt was incurred   12/5/14
Last 4 digits of account number   9 0 2 7

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.4

Describe debtor's property that is subject to a lien

Blanket security interest in all assets
Mortgage in real estate   $ 33,324.43   $ 19,062,034.87

Describe the lien
Financing statement

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Juncker Bros. Sales & Service, Inc.
         Name

Case number *(if known)*  18-70773-BHL-7

---

**Part 1:** | **Additional Page**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**

First National Bank of Carmi

**Creditor's mailing address**

201 E. Main St.
Carmi, IL 62821

**Creditor's email address, if known**

**Date debt was incurred**  8/30/13
**Last 4 digits of account number**  8  7  9  2

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket security interest in all assets
Mortgage in real estate

$ 0.00 | $ 19,062,034.87

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.10**

**Creditor's name**

Hardee by EVH Manufacturing Co., LLC

**Creditor's mailing address**

4895 Red Bluff Rd.
Loris, SC 29569

**Creditor's email address, if known**

**Date debt was incurred**  10/7/13
**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Hardee inventory and parts

$ 0.00 | $ 0.00

**Describe the lien**
Financing statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    Juncker Bros. Sales & Service, Inc.    Case number *(if known)* 18-70773-BHL-7
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.1

**Creditor's name**
Kenneth Juncker

**Creditor's mailing address**
P.O. Box 686
Mt. Vernon, IN 47620

**Creditor's email address, if known**

**Date debt was incurred** 12/7/11
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
Commercial buildings on 15 acres

    $300,000.00     $1,200,000.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.12

**Creditor's name**
Kinze Manufacturing, Inc.

**Creditor's mailing address**
P.O. Box 806
Williamsburg, IA 52361

**Creditor's email address, if known**

**Date debt was incurred** 11/28/17
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Kinze inventory
Cont. of UCC-1 first filed 4/4/88

    $6,905.24     $0.00

**Describe the lien**
Financing statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Juncker Bros. Sales & Service, Inc.
         Name                                          Case number (if known) 18-70773-BHL-7

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name

MacDon Industries Ltd.

**Creditor's mailing address**

680 Moray St., Winnipeg MB  R3J 3S3
Canada

**Creditor's email address, if known**

**Date debt was incurred**   1/27/14
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

New and used inventory and parts

$ 95,217.00 | $ 95,217.00

**Describe the lien**
Financing statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** Creditor's name

Posey County Treasurer

**Creditor's mailing address**

126 E. Third St., Rm. 211
Mt. Vernon, IN 47620

**Creditor's email address, if known**

**Date debt was incurred**   2017
**Last 4 digits of account number** ___ 0 1 7

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　　☒ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

Commercial buildings on 15 acres

$ 8,349.84 | $ 1,200,000.00

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 9

Debtor   Juncker Bros. Sales & Service, Inc.
     Name

Case number *(if known)* 18-70773-BHL-7

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** **Creditor's name**

Posey County Treasurer

**Creditor's mailing address**

126 E. Third St., Rm. 211
Mt. Vernon, IN 47620

**Creditor's email address, if known**

**Date debt was incurred**   2017
**Last 4 digits of account number**   7 - 0 0

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All personal property
Personal property tax for 2017 due & payable 2018

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,314.10      $17,862,034.87

**2.16** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**   _____
**Last 4 digits of account number**   __ __ - __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

Debtor    Juncker Bros. Sales & Service, Inc.                              Case number (if known) 18-70773-BHL-7
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CNH Industrial Capital America, LLC<br>6900 Veterans Blvd.<br>Burr Ridge, Illinois 60527 | Line 2. 2 | __ __ __ __ |
| William Carter, Esq.<br>Kelly Milam, Esq., One N. Franklin St., Ste. 800<br>Chicago, IL 60606 | Line 2. 2 | __ __ __ __ |
| John P. Broadhead, Esq.<br>One Main St., Ste. 210<br>Evansville, IN 47708 | Line 2. 3 | __ __ __ __ |
| Donald J. Fuchs, Esq.<br>One Main St., Ste. 600<br>Evansville, IN 47708 | Line 2. 7 | 8 9 7 0 |
| Whitney L. Mosby, Esq.<br>10 W. Market St. #2700<br>Indianapolis, IN 46204 | Line 2. 7 | 8 9 7 0 |
| Kinze Manufacturing, Inc.<br>2172 M. Ave.<br>Williamsburg, IA 52361 | Line 2. 12 | __ __ __ __ |
| CT Corporation<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204 | Line 2. 13 | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor __Juncker Bros. Sales & Service, Inc.__

United States Bankruptcy Court for the: __District of Indiana Southern__

Case number __18-70773-BHL-7__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Indiana Department of Revenue<br><br>100 N. Senate Ave., Rm. N203-Bankruptcy<br>Indianapolis, IN 46204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,158.12 | $1,158.12 |
| **Date or dates debt was incurred**<br>July 2018 | **Basis for the claim:**<br>Taxes and Other Government<br>Debts - state withholding | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__) | | | |

| **2.2** Priority creditor's name and mailing address<br>Indiana Department of Revenue<br><br>100 N. Senate Ave., Rm. N203-Bankruptcy<br>Indianapolis, IN 46204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,362.05 | $27,362.05 |
|---|---|---|---|
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes and Other Government<br>Debts - sales | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__) | | | |

| **2.3** Priority creditor's name and mailing address<br>Indiana Department of Revenue<br><br>100 N. Senate Ave., Rm. N203-Bankruptcy<br>Indianapolis, IN 46204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $338.54 | $338.54 |
|---|---|---|---|
| **Date or dates debt was incurred**<br>July 2018 | **Basis for the claim:**<br>Taxes and Other Government<br>Debts - county withholding | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__) | | | |

Debtor    Juncker Bros. Sales & Service, Inc.          Case number (if known)  18-70773-BHL-7
          Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.4** Priority creditor's name and mailing address | $ 288.11 | $ 288.11

Indiana Dept. of Workforce Development
IN Govt. Center S., 10 N. Senate Ave., SE105
Indianapolis, IN 46204-2277

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Taxes and Other Government
Debts - unemployment

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address | $ 145.09 | $ 145.09

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Taxes and Other Government
Debts - unemployment

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address | $ 6,273.58 | $ 6,273.58

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Taxes and Other Government
Debts - FICA

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.7** Priority creditor's name and mailing address | $ 3,831.72 | $ 3,831.72

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2018

Basis for the claim:
Taxes and Other Government
Debts - withholding

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Debtor **Juncker Bros. Sales & Service, Inc.**     Case number *(if known)* 18-70773-BHL-7
　　　　Name

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.8** Priority creditor's name and mailing address

$ 145.16      $ 145.16

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Kentucky Department of Revenue
501 High St.
Frankfort, KY 40601

**Date or dates debt was incurred**
July 2018

**Basis for the claim:**
Taxes and Other Government
Debts - withholding

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9** Priority creditor's name and mailing address

$_____      $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.10** Priority creditor's name and mailing address

$_____      $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.11** Priority creditor's name and mailing address

$_____      $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Juncker Bros. Sales & Service, Inc.
_____
Name

Case number (if known) 18-70773-BHL-7

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
4R Equipment
Rte. 14 West 900 W. Rancolph
McLeansboro, IL 62859

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 350.66

---

**3.2**
Nonpriority creditor's name and mailing address
A & I Products
25639 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 26.97

---

**3.3**
Nonpriority creditor's name and mailing address
Advanced Disposal-Evansville
P.O. Box 74008047
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 558.28

---

**3.4**
Nonpriority creditor's name and mailing address
Ag Express Electronics
P.O. Box 753
Des Moines, IA 50303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,650.98

---

**3.5**
Nonpriority creditor's name and mailing address
Albion Equipment Co., Inc.
Hwy. 130 N.
Albion, IL 62806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 448.03

---

**3.6**
Nonpriority creditor's name and mailing address
American Family Life (AFLAC)
1932 Wynnton Rd.
Columbus, GA 31999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 87.52

---

Debtor    Juncker Bros. Sales & Service, Inc.                    Case number (if known) 18-70773-BHL-7
          Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

American Family Life Assurance Co. of Columbus

Worldwide Headquarters

Columbus, GA 31999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 599.85

---

**3.8** Nonpriority creditor's name and mailing address

Anthem Blue Cross Blue Shield

Mail Point IN0201-B505 220 Virginia Ave.

Indianapolis, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,067.03

---

**3.9** Nonpriority creditor's name and mailing address

Aramark

25259 Network Place

Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,836.09

---

**3.10** Nonpriority creditor's name and mailing address

Ashland Industries

P.O. Box 717

Ashland, WI 54806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 23,832.79

---

**3.11** Nonpriority creditor's name and mailing address

AT&T Mobility

Cingular P.O. Box 6463

Carol Stream, IL 60197-6463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,639.01

---

Debtor    Juncker Bros. Sales & Service, Inc.
_____    Case number *(if known)* 18-70773-BHL-7
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

ATI, Inc.

P.O. Box 686

Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 155,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Auto Zone, Inc.

P.O. Box 791409

Baltimore, MD 21279

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 98.37

---

**3.14** Nonpriority creditor's name and mailing address

BEFCO

P.O. Box 6036

Rocky Mount, NC 27802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 76.22

---

**3.15** Nonpriority creditor's name and mailing address

Best One Tire & Service

1328 E. 4th St.

Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 16.93

---

**3.16** Nonpriority creditor's name and mailing address

Bud's Hardware

413 Main St.

Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 62.78

---

Debtor   Juncker Bros. Sales & Service, Inc.                              Case number *(if known)*  18-70773-BHL-7
         Name

| **Part 2:** | **Additional Page** | | |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.17** | Nonpriority creditor's name and mailing address

Bumper to Bumper

1151-H Diamond Ave.
Evansville, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

$ 712.56

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

Capital Bank and Trust Co.

P.O. Box 6164
Indianapolis, IN 46206-6164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

$ 4,626.76

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

Charleton's Auto Body Shop

P.O. Box 939
Shawneetown, IL 62984

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

$ 2,600.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

Cummins Crosspoint

75 Remittance Dr., Ste. 1701
Chicago, IL 60675

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

$ 10,237.43

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

Dealer Information Systems Corp.

P.O. Box 2609
Bellingham, WA 98227-2609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

$ 7,320.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Juncker Bros. Sales & Service, Inc.                                    Case number *(if known)*  18-70773-BHL-7
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | Nonpriority creditor's name and mailing address

Diamond Construction Equipment Sales, Inc.

1060 Diamond Ave.

Evansville, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$ 847.22

---

**3.23** | Nonpriority creditor's name and mailing address

Donald M. Harsh, CPA

7405 S. Mill Rd.

Spiceland, IN 47385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$ 4,900.00

---

**3.24** | Nonpriority creditor's name and mailing address

Douglas K. Briody, Esq.

839 Stahl Ct.

Evansville, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$ 0.00

---

**3.25** | Nonpriority creditor's name and mailing address

Ewing Auto Service

830 E. 4th St.

Mt. Vernon, IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$ 15.00

---

**3.26** | Nonpriority creditor's name and mailing address

E-Z Trail, Inc.

P.O. Box 168

Arthur, IL 61911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$ 8,111.00

---

Debtor   Juncker Bros. Sales & Service, Inc.
_____
Name

Case number *(if known)*  18-70773-BHL-7
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Fastenal Company

P.O. Box 978

Winona, MN 55987

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 84.68

---

**3.28** Nonpriority creditor's name and mailing address

Fastline Publications

P.O. Box 248

Buckner, KY 40010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,816.57

---

**3.29** Nonpriority creditor's name and mailing address

Federal Express Corp.

P.O. Box 94515

Palatine, IL 60094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 219.92

---

**3.30** Nonpriority creditor's name and mailing address

Federated Insurance

P.O. Box 64304

St. Paul, MN 55164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,290.62

---

**3.31** Nonpriority creditor's name and mailing address

Fondy Auto Electric

765 Sullivan Dr.

Fond du Lac, WI 54935

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 417.23

---

Debtor  Juncker Bros. Sales & Service, Inc.                                Case number *(if known)* 18-70773-BHL-7
_____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Freedom Services, Inc.

P.O. Box 3110
Burnsville, MN 55337

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 80.00

---

**3.33** Nonpriority creditor's name and mailing address

H & R Agri-Power

P.O. Box 538
Hopkinsville, KY 42241-0538

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 827.60

---

**3.34** Nonpriority creditor's name and mailing address

Howard Enterprises, Inc.

Reliance 62966 Collection Center Dr.
Chicago, IL 60693

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 26.67

---

**3.35** Nonpriority creditor's name and mailing address

Hurricane Ditcher Co., Inc.

2425 S. Cathlinette Rd.
Vincennes, IN 47591

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 49.55

---

**3.36** Nonpriority creditor's name and mailing address

Hutch and Son

300 N. Main St.
Evansville, IN 47711

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 242.60

---

Debtor    Juncker Bros. Sales & Service, Inc.
       Name

Case number *(if known)*  18-70773-BHL-7

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.37**   Nonpriority creditor's name and mailing address

Imperial Fastener & Industrial Supply

P.O. Box 714549

Cincinnati, OH 45271

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,646.48

---

**3.38**   Nonpriority creditor's name and mailing address

Iron Solutions, Inc.

P.O. Box 101889

Atlanta, GA 30392

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 799.95

---

**3.39**   Nonpriority creditor's name and mailing address

J & J Welding, Inc.

P.O. Box 579

Mt. Vernon, IN 47620

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 447.45

---

**3.40**   Nonpriority creditor's name and mailing address

James M. Juncker

8107 Mertens Rd.

Mt. Vernon, IN 47620

Date or dates debt was incurred   2017

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Personal loans to corporation

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 331,814.92

---

**3.41**   Nonpriority creditor's name and mailing address

KB Auto Works, Inc.

P.O. Box 1005

Mt. Vernon, IN 47620

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4,294.99

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 11 of _20_

Debtor  Juncker Bros. Sales & Service, Inc.          Case number *(if known)* 18-70773-BHL-7
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42** Nonpriority creditor's name and mailing address

Keller Schroeder

4920 Carriage Dr.
Evansville, IN 47715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 5,276.62

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

K-Line Industries, Inc.

P.O. Box 72015
Cleveland, OH 44192

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 111.45

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Martin Industries, LLC

P.O. Box 428
Elkton, KY 42220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,886.73

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Matejcek's

1-35 & Hwy. 60 W.
Faribault, MN 55021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,929.63

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

McFarlane

P.O. Box 100
Sauk City, WI 53583

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 97.99

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor __Juncker Bros. Sales & Service, Inc._____     Case number _(if known)_ __18-70773-BHL-7_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.47** Nonpriority creditor's name and mailing address

Modern Supply

P.O. Box 1450
Owensboro, KY 42302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 346.28

---

**3.48** Nonpriority creditor's name and mailing address

Mountain Valley of Evansville, Inc.

1315 Read St. #A
Evansville, IN 47710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 193.29

---

**3.49** Nonpriority creditor's name and mailing address

Mt. Vernon Auto Parts

1100 E. 4th St.
Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 393.95

---

**3.50** Nonpriority creditor's name and mailing address

Mt. Vernon Waterworks

P.O. Box 506
Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 227.06

---

**3.51** Nonpriority creditor's name and mailing address

NAPA Auto Parts

509 N. 9th Ave.
Evansville, IN 47712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 365.39

---

Debtor  Juncker Bros. Sales & Service, Inc. _____  Case number *(if known)* 18-70773-BHL-7 _____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

nFlow, LLC

P.O. Box 4656
Evansville, IN 47724

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,637.70

---

**3.53** Nonpriority creditor's name and mailing address

Nichols Tillage Tools, Inc.

312 Hereford Ave.
Sterling, CO 80751

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 210.20

---

**3.54** Nonpriority creditor's name and mailing address

O'Bryan Transport, Inc.

10750 Oak Grove Rd.
Newburgh, IN 47630

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 107.00

---

**3.55** Nonpriority creditor's name and mailing address

Office Depot Credit Plan

P.O. Box 78004
Phoenix, AZ 85062

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 34.00

---

**3.56** Nonpriority creditor's name and mailing address

O'Reilly Auto Parts, Inc.

P.O. Box 9464
Springfield, MO 65801

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,043.79

---

Debtor    Juncker Bros. Sales & Service, Inc.                    Case number *(if known)*  18-70773-BHL-7
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**  Nonpriority creditor's name and mailing address

Partnership, LLC

29244 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

$ 371.81

---

**3.58**  Nonpriority creditor's name and mailing address

Pitney Bowes Global Financial Services

P.O. Box 371887
Pittsburgh, PA 15250-7887

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

$ 204.27

---

**3.59**  Nonpriority creditor's name and mailing address

Pitney Bowes Purchase Power

P.O. Box 371874
Pittsburgh, PA 15250-7874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

$ 480.71

---

**3.60**  Nonpriority creditor's name and mailing address

Posey County Co-op

P.O. Box 565
Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

$ 663.39

---

**3.61**  Nonpriority creditor's name and mailing address

Productive Plus Account

Dept. 93-1127402224 P.O. Box 78004
Phoenix, AZ 85062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

$ 31,064.46

---

Debtor    Juncker Bros. Sales & Service, Inc.                                    Case number *(if known)*  18-70773-BHL-7
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** Nonpriority creditor's name and mailing address

Quill Corporation

P.O. Box 37600
Philadelphia, PA 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 238.06

---

**3.63** Nonpriority creditor's name and mailing address

Raben Tire Company, Inc.

P.O. Box 4835
Evansville, IN 47711

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,882.21

---

**3.64** Nonpriority creditor's name and mailing address

Reis Tire

P.O. Box 6354
Evansville, IN 47710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 35.42

---

**3.65** Nonpriority creditor's name and mailing address

SynEnergy

4th & Division Sts.
Boonville, IN 47601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,844.05

---

**3.66** Nonpriority creditor's name and mailing address

Time Warner Cable

P.O. Box 1060
Carol Stream, IL 60132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,011.65

---

Debtor  Juncker Bros. Sales & Service, Inc.
        Name

Case number *(if known)* 18-70773-BHL-7

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.67** Nonpriority creditor's name and mailing address

TMI General Contractors

P.O. Box 691
Mt. Vernon, IN 47620

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 883.71

**3.68** Nonpriority creditor's name and mailing address

TractorHouse

P.O. Box 85670
Lincoln, NE 68501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,115.00

**3.69** Nonpriority creditor's name and mailing address

Unverferth Manufacturing Co., Inc.

Dept. 781299 P.O. Box 78000
Detroit, MI 48278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,584.83

**3.70** Nonpriority creditor's name and mailing address

UPS

Lockbox 577
Carol Stream, IL 60132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,634.15

**3.71** Nonpriority creditor's name and mailing address

Vectren

P.O. Box 6250
Indianapolis, IN 46206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,541.95

Debtor ___Juncker Bros. Sales & Service, Inc._____   Case number *(if known)* __18-70773-BHL-7_____
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** | Nonpriority creditor's name and mailing address

Wabash Valley Service Co.

909 N. Court St.
Grayville, IL 62844

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,819.49

---

**3.73** | Nonpriority creditor's name and mailing address

Whayne Supply Co.

Dept. 8326
Carol Stream, IL 60122-8326

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,149.61

---

**3.74** | Nonpriority creditor's name and mailing address

Yetter Manufacturing Company

P.O. Box 358
Colchester, IL 62326-0358

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,728.23

---

**3.75** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.76** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    Juncker Bros. Sales & Service, Inc.                                    Case number (if known)   18-70773-BHL-7
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1.  Vectren Energy Delivery<br>P.O. Box 209<br>Evansville, IN 47702-0209 | Line 3.71<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12.  _____ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Juncker Bros. Sales & Service, Inc.                    Case number (if known) 18-70773-BHL-7
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 39,542.37 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 763,894.79 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 803,437.16 |

**Fill in this information to identify the case:**

Debtor name _Juncker Bros. Sales & Service, Inc._

United States Bankruptcy Court for the: _District of Indiana Southern_

Case number (If known): _18-70773-BHL-7_        Chapter _7_

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of postage meter | Pitney Bowes |
| | | | P.O. Box 371887 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | Pittsburgh      PA      15250-7887 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | 5 acres soybeans - 1/3-2/3 net lease | Jason Mann |
| | | | 6100 Half Moon Pond Rd. |
| | **State the term remaining** | Oral lease | |
| | **List the contract number of any government contract** | | Mt. Vernon      IN      47620 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Juncker Bros. Sales & Service, Inc.

United States Bankruptcy Court for the: District of Indiana Southern

Case number (If known):  18-70773-BHL-7

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on  a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6  James and Shana Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | First National Bank of Carmi | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    Juncker Bros. Sales & Service, Inc.                                    Case number (if known) 18-70773-BHL-7
          Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.7 James Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | | CNH Industrial Capital <br> America, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.8 James Juncker | 8107 Mertens Rd. <br> Street <br><br> Mt. Vernon    IN    47620 <br> City    State    ZIP Code | | Kenneth Juncker | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.9 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.10 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.11 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.12 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.13 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.14 | Street <br><br> City    State    ZIP Code | | | ☐ D <br> ☐ E/F <br> ☐ G |

Juncker Bros. Sales & Service, Inc.
_____   **Debtor(s)**    Case No. 18-70773-BHL-7
_____

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.
Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$ 1,100.00
_____

RECEIPTS & OTHER FUNDING:

1. Sales/Receipts                              $ 1,440,567.98
2. Accounts Receivable Collections             $ 0.00
3. Loans/Financing                             $ 0.00
4. Capital Contributions                       $ 0.00
5. Other Receipts (describe below)             $ 0.00

    None                          $ 0.00
    _____        $
    _____        $

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)            $ 1,440,567.98

EXPENDITURES:

6. Inventory Purchases                         $ 564,918.50
7. Taxes                                       $ 31,507.44
8. PAYROLL
    a. Compensation of Insiders                $ 6,000.00
    b. Salaries & Wages                        $ 87,916.45
    c. Outside Labor                           $ 0.00

9. Payments to Professionals                   $ 5,000.00
10. Insurance                                  $ 1,559.61
11. Real Property Rent Payments                $ 0.00
12. Equipment Lease Payments                   $ 418.45
13. Mortgage Payments                          $ 0.00
14. Utilities/Telephone                        $ 8,520.65
15. Supplies                                   $ 1,459.38
16. Repairs & Maintenance                      $ 37,667.70
17. Travel & Entertainment                     $ 0.00

18. Other Expenses (describe below)                                              $ 701,334.13

    **First Bank payments**                          $ 674,749.26

    **Retirement match**                            $ 5,848.56

    **Credit cards**                                $ 20,736.31

**II. TOTAL EXPENDITURES** (sum of lines 6-18)                          $ 1,446,302.31

**NET CASH FLOW** (Total Receipts less Total Expenditures)             $ -5,734.33

Bank book balance and cash on hand at *date of filing*                 $ 65,896.93

**(Note:  Declaration required if form is filed separately from other schedules.)**

I/We declare under the penalty of perjury that the information provided in this form is true and correct.

Date: **August 17, 2018**

    **/s/James Juncker**                              *(Signature of Debtor)*

    **Juncker Bros. Sales & Service, Inc.**          *(Printed Name of Debtor)*

                                                     *(Signature of Joint Debtor, if any)*

                                                     *(Printed Name of Joint Debtor, if any)*

**Fill in this information to identify the case and this filing:**

Debtor Name  Juncker Bros. Sales & Service, Inc.

United States Bankruptcy Court for the:  District Of Indiana Southern

Case number (*If known*):  18-70773-BHL-7

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/17/2018
　　　　　　 MM / DD / YYYY

✖ /s/James Juncker
Signature of individual signing on behalf of debtor

James Juncker
Printed name

President
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Juncker Bros. Sales & Service, Inc.___

United States Bankruptcy Court for the: ___District of Indiana Southern___

Case number (If known): ___18-70773-BHL-7___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _01/01/2018_<br>MM / DD / YYYY | to Filing date | ☒ Operating a business<br>☐ Other _____ | $8,005,292.77 |
| **For prior year:** | From _01/01/2017_<br>MM / DD / YYYY | to _12/31/2017_<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $31,764,827.00 |
| **For the year before that:** | From _01/01/2016_<br>MM / DD / YYYY | to _12/31/2016_<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $28,139,990.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Juncker Bros. Sales & Service, Inc.
_____    Case number (if known) 18-70773-BHL-7
Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | First National Bank of Carmi<br>Creditor's name<br>201 E. Main St.<br>Street<br><br>Carmi          IL          62821<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ | $1,234,235.71 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | CNH Industrial Capital America, Inc.<br>Creditor's name<br>700 State St.<br>Street<br><br>Racine          WI          53404<br>City          State          ZIP Code | _____<br><br>_____<br><br>_____ | $444,472.01 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Additional Payments to 2S:                    See Attachment 1

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | James Juncker<br>Insider's name<br>8107 Mertens Road<br>Street<br><br>Mt. Vernon          IN          47620<br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>Officer | _____<br><br>_____<br><br>_____ | $2,772.12 | Reimbursement for truck lease paid<br><br>January-April 2017 |
| 4.2. | James Juncker<br>Insider's name<br>8107 Mertens Road<br>Street<br><br>Mt. Vernon          IN          47620<br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>Officer | _____<br><br>_____<br><br>_____ | $3,934.71 | 2017 insurance reimbursement |

See Attachment 2

Debtor    Juncker Bros. Sales & Service, Inc.                                  Case number (if known) 18-70773-BHL-7
                Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

[X] None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[ ] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| First National Bank of Carmi<br>Creditor's name<br>201 E. Main St.<br>Street | Froze bank account | 7/11/18 | $56,904.30 |
| Carmi          IL          62821<br>City          State          ZIP Code | Last 4 digits of account number: XXXX– 9  8  4  2 | | |

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[ ] None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 1st Natl Bank Carmi v. Debtor et al | Foreclosure and receivership | Vanderburgh Superior Court<br>Name<br>825 Sycamore St.<br>Street | [X] Pending<br>[ ] On appeal<br>[ ] Concluded |
| | Case number<br>82D07-1807-MF-003826 | | Evansville          IN          47708<br>City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | [ ] Pending<br>[ ] On appeal<br>[ ] Concluded |
| | Case number | | Name<br>Street<br>City          State          ZIP Code | |

Debtor     Juncker Bros. Sales & Service, Inc.
           _____     Case number *(if known)* 18-70773-BHL-7
           Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City          State          ZIP Code | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor    Juncker Bros. Sales & Service, Inc. _____    Case number *(if known)* 18-70773-BHL-7
Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | R. Stephen LaPlante, Esq. | Retainer | 7/13/2018 | $ 5,000.00 |
| | **Address** | | | |
| | 101 N.W. 1st St., Ste. 116 <br> Street | | | |
| | | | | |
| | Evansville          IN          47708 <br> City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | <br> Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

Debtor _____Juncker Bros. Sales & Service, Inc._____    Case number (if known)_18-70773-BHL-7_
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

Debtor      Juncker Bros. Sales & Service, Inc.
            _____          Case number (if known) 18-70773-BHL-7
            Name

| **Part 8:** | **Healthcare Bankruptcies** |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  Names, addresses, phone numbers and email addresses

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   Juncker Bros. Sales & Service, Inc.
         Name

Case number *(if known)* 18-70773-BHL-7

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor    Juncker Bros. Sales & Service, Inc.                          Case number (*if known*) 18-70773-BHL-7
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various individuals | Business premises | Farm implements being repaired by debtor as of petition date | $ Unknown |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Juncker Bros. Sales & Service, Inc.
_____
Name

Case number *(if known)* 18-70773-BHL-7
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | _____ | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ Dates business existed From _____ To _____ |
| 25.2. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ Dates business existed From _____ To _____ |
| 25.3. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ Dates business existed From _____ To _____ |

---

Debtor    Juncker Bros. Sales & Service, Inc.                                    Case number *(if known)* 18-70773-BHL-7
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Donald M. Harsh, CPA<br>Name<br>7405 S. Mill Rd.<br>Street<br><br>Spiceland    IN    47385<br>City    State    ZIP Code | From 01/01/2009  To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Krystle Anderson<br>Name<br>6855 Lakeside Lane<br>Street<br><br>Evansville    IN    47712<br>City    State    ZIP Code | From 05/17/2002  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Donald M. Harsh, CPA<br>Name<br>7405 S. Mill Rd.<br>Street<br><br>Spiceland    IN    47385<br>City    State    ZIP Code | From 01/01/2009  To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.**<br>Name<br>Street<br><br>City    State    ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Donald M. Harsh, CPA<br>Name<br>7405 S. Mill Rd.<br>Street<br><br>Spiceland    IN    47385<br>City    State    ZIP Code | _____<br>_____<br>_____ |

Debtor    Juncker Bros. Sales & Service, Inc.
          Name

Case number *(if known)* 18-70773-BHL-7

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. James Juncker<br>Name<br>8107 Mertens Road<br>Street | _____<br>_____<br>_____ |
| Mt. Vernon          IN          47620<br>City                  State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.2. First National Bank of Carmi<br>Name<br>201 E. Main St.<br>Street |
| Carmi          IL          62821<br>City              State        ZIP Code |

| Name and address |
|---|
| 26d.2. CNH Industrial Capital America, Inc.<br>Name<br>700 State St.<br>Street |
| Racine          WI          53404<br>City              State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Donald M. Harsh, CPA with assistance of Juncker Bros. | 07/18/2018 | $ 16,727,845.20<br><br>Cost |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. James Juncker<br>Name<br>8107 Mertens Raod<br>Street |
| Mt. Vernon          IN          47620<br>City              State        ZIP Code |

Debtor    Juncker Bros. Sales & Service, Inc._____    Case number (if known) 18-70773-BHL-7_____
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Donald M. Harsh, CPA with assistance of Juncker Bros. | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  James Juncker_____
      Name
      8107 Mertens Road_____
      Street

| Mt. Vernon | IN | 47620 |
|---|---|---|
| City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Juncker | 8107 Mertens Rd., Mt. Vernon, IN 47620 | President - Sole Shareholder | 100 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☒ No
  ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☐ No
  ☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  James Juncker<br>Name<br>8107 Mertens Road<br>Street | 84,200.12 | 7/1/2017 -<br><br>6/30/2018 | Salary |

| Mt. Vernon | IN | 47620 | | _____ |
|---|---|---|---|---|
| City | State | ZIP Code | | |

| Relationship to debtor | | _____ |
|---|---|---|
| President/Sole Shareholder | | _____ |

Debtor    Juncker Bros. Sales & Service, Inc.                              Case number (if known) 18-70773-BHL-7
                Name

| Name and address of recipient | | | |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City                    State           ZIP Code | | | |
| Relationship to debtor | | | |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/17/2018
                    MM  / DD  / YYYY

✖ /s/James Juncker                              Printed name  James Juncker
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Attachment 1/2
Debtor: Juncker Bros. Sales & Service, Inc.          Case No:

Attachment 1 Additional Payments or Transfers to Creditors:

Creditor's Name: Kinze Manufacturing, Inc.
Creditor's Address:  P.O. Box 806, Williamsburg, IA 52361

Creditor's Name: Unverferth Manufacturing Co., Inc.
Creditor's Address:  Dept. 781299, P.O. Box 78000, Detroit, MI 48278
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Anthem Blue Cross Blue Shield
Creditor's Address:  Mail Point IN0201-B505, 220 Virginia Ave., Indianapolis, IN 46204
Reasons for Payment or Transfer: Services

Creditor's Name: Capital Bank and Trust Co.
Creditor's Address:  P.O. Box 6164, Indianapolis, IN 46206-6164
Reasons for Payment or Transfer: Services

Creditor's Name: Federated Insurance
Creditor's Address:  P.O. Box 64304, St. Paul, MN 55164
Reasons for Payment or Transfer: Services

Creditor's Name: Raben Tire Company, Inc.
Creditor's Address:  P.O. Box 4835, Evansville, IN 47711
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: UPS
Creditor's Address:  Lockbox 577, Carol Stream, IL 60132
Reasons for Payment or Transfer: Services

Creditor's Name: Vectren
Creditor's Address:  P.O. Box 6250, Indianapolis, IN 46206
Reasons for Payment or Transfer: Services

Creditor's Name: Wabash Valley Service Co.
Creditor's Address:  909 N. Court St., Grayville, IL 62844
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Matejcek's
Creditor's Address:  1-35 & Hwy. 60 W., Faribault, MN 55021

Attachment 2 Additional Payments or Transfers to Insiders:

Insider's Name: James M. Juncker
Insider's Address: 8107 Mertens Rd., Mt. Vernon, IN 47620
Date of Payments or Transfers: April 16, 2018

Attachment 2/2
Debtor: Juncker Bros. Sales & Service, Inc.        Case No:

Date of Payments or Transfers: $38,000.00
Reasons for Payment or Transfer: Reimbursement for income tax and penalty incurred on
liquidation of IRA, the proceeds of which were loaned to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## DISTRICT OF INDIANA SOUTHERN
## EVANSVILLE DIVISION

**In re**

    **Juncker Bros. Sales & Service, Inc.**

                                   Case No. **18-70773-BHL-7**

**Debtor**                                  Chapter **7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **5,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **-5,000.00**

2. The source of the compensation paid to me was:

   [X] Debtor         [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor         [X] Other (specify)  **principal of the debtor**

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

**Counsel is billing against a $5,000.00 retainer at a rate of $250.00 per hour**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation in adversary proceedings or disputed matters, if any**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2018**            **/s/R. Stephen LaPlante**
*Date*                       *Signature of Attorney*

                       **KEATING & LaPLANTE, LLP**
                       *Name of law firm*

4R Equipment
Rte. 14 West
900 W. Rancolph
McLeansboro, IL 62859

A & I Products
25639 Network Place
Chicago, IL 60673

Advanced Disposal-Evansville
P.O. Box 74008047
Chicago, IL 60674

Ag Express Electronics
P.O. Box 753
Des Moines, IA 50303

Albion Equipment Co., Inc.
Hwy. 130 N.
Albion, IL 62806

American Family Life (AFLAC)
1932 Wynnton Rd.
Columbus, GA 31999

American Family Life Assurance
Co.
Worldwide Headquarters
Columbus, GA 31999

Anthem Blue Cross Blue Shield
Mail Point IN0201-B505
220 Virginia Ave.
Indianapolis, IN 46204

Aramark
25259 Network Place
Chicago, IL 60673

Ashland Industries
P.O. Box 717
Ashland, WI 54806

AT&T Mobility
Cingular
P.O. Box 6463
Carol Stream, IL 60197-6463

ATI, Inc.
P.O. Box 686
Mt. Vernon, IN 47620

Auto Zone, Inc.
P.O. Box 791409
Baltimore, MD 21279

BEFCO
P.O. Box 6036
Rocky Mount, NC 27802

Best One Tire & Service
1328 E. 4th St.
Mt. Vernon, IN 47620

Bud's Hardware
413 Main St.
Mt. Vernon, IN 47620

Bumper to Bumper
1151-H Diamond Ave.
Evansville, IN 47711

Bush Hog, Inc.
2501 Griffin Ave.
Selma, AL 36703

Capital Bank and Trust Co.
P.O. Box 6164
Indianapolis, IN 46206-6164

Charleton's Auto Body Shop
P.O. Box 939
Shawneetown, IL 62984

CNH Industrial Capital America,
Inc
700 State St.
Racine, WI 53404

CNH Industrial Capital America,
LLC
6900 Veterans Blvd.
Burr Ridge, IL 60527

CT Corporation
150 W. Market St., Ste. 800
Indianapolis, IN 46204

Cummins Crosspoint
75 Remittance Dr., Ste. 1701
Chicago, IL 60675

Dealer Information Systems Corp.
P.O. Box 2609
Bellingham, WA 98227-2609

Diamond Construction Equipment
Sale
1060 Diamond Ave.
Evansville, IN 47711

Donald J. Fuchs, Esq.
One Main St., Ste. 600
Evansville, IN 47708

Donald M. Harsh, CPA
7405 S. Mill Rd.
Spiceland, IN 47385

Douglas K. Briody, Esq.
839 Stahl Ct.
Evansville, IN 47715

Estate of Eloise E. Juncker
c/o Brian P. Juncker
1460 W. 1200 S.
Haubstadt, IN 47639

Ewing Auto Service
830 E. 4th St.
Mt. Vernon, IN 47620

E-Z Trail, Inc.
P.O. Box 168
Arthur, IL 61911

Fastenal Company
P.O. Box 978
Winona, MN 55987

Fastline Publications
P.O. Box 248
Buckner, KY 40010

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094

Federated Insurance
P.O. Box 64304
St. Paul, MN 55164

First National Bank of Carmi
201 E. Main St.
Carmi, IL 62821

First National Bank of Carmi
201 E. Main St.
Carmi, IL 62821

Fondy Auto Electric
765 Sullivan Dr.
Fond du Lac, WI 54935

Freedom Services, Inc.
P.O. Box 3110
Burnsville, MN 55337

H & R Agri-Power
P.O. Box 538
Hopkinsville, KY 42241-0538

Hardee by EVH Manufacturing Co.,
LL
4895 Red Bluff Rd.
Loris, SC 29569

Howard Enterprises, Inc.
Reliance
62966 Collection Center Dr.
Chicago, IL 60693

Hurricane Ditcher Co., Inc.
2425 S. Cathlinette Rd.
Vincennes, IN 47591

Hutch and Son
300 N. Main St.
Evansville, IN 47711

Imperial Fastener & Industrial
Supp
P.O. Box 714549
Cincinnati, OH 45271

Indiana Department of Revenue
100 N. Senate Ave., Rm. N203-
Bankru
Indianapolis, IN 46204

Indiana Dept. of Workforce
Developm
IN Govt. Center S.
10 N. Senate Ave., SE105
Indianapolis, IN 46204-2277

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Solutions, Inc.
P.O. Box 101889
Atlanta, GA 30392

J & J Welding, Inc.
P.O. Box 579
Mt. Vernon, IN 47620

James and Shana Juncker
8107 Mertens Rd.
Mt. Vernon, IN 47620

James and Shana Juncker
8107 Mertens Rd.
Mt. Vernon, IN 47620

James Juncker
8107 Mertens Rd.
Mt. Vernon, IN 47620

James M. Juncker
8107 Mertens Rd.
Mt. Vernon, IN 47620

John P. Broadhead, Esq.
One Main St., Ste. 210
Evansville, IN 47708

KB Auto Works, Inc.
P.O. Box 1005
Mt. Vernon, IN 47620

Keller Schroeder
4920 Carriage Dr.
Evansville, IN 47715

Kenneth Juncker
P.O. Box 686
Mt. Vernon, IN 47620

Kentucky Department of Revenue
501 High St.
Frankfort, KY 40601

Kinze Manufacturing, Inc.
P.O. Box 806
Williamsburg, IA 52361

Kinze Manufacturing, Inc.
2172 M. Ave.
Williamsburg, IA 52361

K-Line Industries, Inc.
P.O. Box 72015
Cleveland, OH 44192

MacDon Industries Ltd.
680 Moray St.
Winnipeg MB  R3J 3S3
 Canada

Martin Industries, LLC
P.O. Box 428
Elkton, KY 42220

Matejcek's
1-35 & Hwy. 60 W.
Faribault, MN 55021

McFarlane
P.O. Box 100
Sauk City, WI 53583

Modern Supply
P.O. Box 1450
Owensboro, KY 42302

Mountain Valley of Evansville,
Inc.
1315 Read St. #A
Evansville, IN 47710

Mt. Vernon Auto Parts
1100 E. 4th St.
Mt. Vernon, IN 47620

Mt. Vernon Waterworks
P.O. Box 506
Mt. Vernon, IN 47620

NAPA Auto Parts
509 N. 9th Ave.
Evansville, IN 47712

nFlow, LLC
P.O. Box 4656
Evansville, IN 47724

Nichols Tillage Tools, Inc.
312 Hereford Ave.
Sterling, CO 80751

O'Bryan Transport, Inc.
10750 Oak Grove Rd.
Newburgh, IN 47630

Office Depot Credit Plan
P.O. Box 78004
Phoenix, AZ 85062

O'Reilly Auto Parts, Inc.
P.O. Box 9464
Springfield, MO 65801

Partnership, LLC
29244 Network Place
Chicago, IL 60673

Pitney Bowes Global Financial
Servi
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Posey County Co-op
P.O. Box 565
Mt. Vernon, IN 47620

Posey County Treasurer
126 E. Third St., Rm. 211
Mt. Vernon, IN 47620

Productive Plus Account
Dept. 93-1127402224
P.O. Box 78004
Phoenix, AZ 85062

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101

Raben Tire Company, Inc.
P.O. Box 4835
Evansville, IN 47711

Reis Tire
P.O. Box 6354
Evansville, IN 47710

SynEnergy
4th & Division Sts.
Boonville, IN 47601

Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132

TMI General Contractors
P.O. Box 691
Mt. Vernon, IN 47620

TractorHouse
P.O. Box 85670
Lincoln, NE 68501

Unverferth Manufacturing Co.,
Inc.
Dept. 781299
P.O. Box 78000
Detroit, MI 48278

UPS
Lockbox 577
Carol Stream, IL 60132

Vectren
P.O. Box 6250
Indianapolis, IN 46206

Vectren Energy Delivery
P.O. Box 209
Evansville, IN 47702-0209

Wabash Valley Service Co.
909 N. Court St.
Grayville, IL 62844

Whayne Supply Co.
Dept. 8326
Carol Stream, IL 60122-8326

Whitney L. Mosby, Esq.
10 W. Market St. #2700
Indianapolis, IN 46204

William Carter, Esq.
Kelly Milam, Esq.
One N. Franklin St., Ste. 800
Chicago, IL 60606

Yetter Manufacturing Company
P.O. Box 358
Colchester, IL 62326-0358

**UNITED STATES BANKRUPTCY COURT**
**District of Indiana Southern**
**Evansville Division**

In re:    **Juncker Bros. Sales & Service, Inc.**

                                                                Case No.  **18-70773-BHL-7**

_____

                    **Debtors**

                                                                Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **August 17, 2018**                        Signed:  **/s/James Juncker**

Dated:  _____        Signed:  _____