# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-70472 AKM  
**Case Name:** JUNCKER, JAMES M.  
**Period Ending:** 03/31/21

**Trustee:** (340470) Stacy M. Wissel  
**Filed (f) or Converted (c):** 04/17/19 (f)  
**§341(a) Meeting Date:** 06/07/19  
**Claims Bar Date:** 03/25/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8107 Mertens Rd., Mt. Vernon, IN 47620, Posey Co | 182,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | 39.50 acres - Esche & Ford Rds., Mt. Vernon, IN | 28,600.00 | 0.00 | | 0.00 | FA |
| 3 | Wyndham timeshare<br>Timeshare, Purchased 1998 $10, | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2015 GMC Yukon, 143000 miles, Vehicle has transm | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Furniture, appliances and household goods | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Clothing | 150.00 | 0.00 | OA | 0.00 | FA |
| 7 | Cash | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Checking account: Old National Bank 5543 | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Checking account: Old National Bank (farm) 6921 | 0.61 | 0.61 | OA | 0.00 | FA |
| 10 | Savings account: Old National Bank 5615 | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | Other financial account: Old National Bank heirs | 3.71 | 3.71 | OA | 0.00 | FA |
| 12 | 401 (k) or similar plan: Wells Fargo Advisors | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Beneficiary of Estate of Eloise Juncker | Unknown | Unknown | | 0.00 | FA |
| 14 | Potential state and federal refunds for 18  19  (u) | Unknown | Unknown | | 0.00 | FA |
| 15 | Scag lawn mower 1997 Polaris SC 780 jet ski | 1,650.00 | 0.00 | OA | 0.00 | FA |
| 15 | **Assets**   **Totals** (Excluding unknown values) | **$223,904.32** | **$4.32** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/20/19  spoke to  LaPlante - he will be out of town for 341 - reset to July date

Printed: 04/05/2021 08:07 AM     V.20.29

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 19-70472 AKM | Trustee: | (340470) Stacy M. Wissel |
| Case Name: | JUNCKER, JAMES M. | Filed (f) or Converted (c): | 04/17/19 (f) |
| | | §341(a) Meeting Date: | 06/07/19 |
| Period Ending: | 03/31/21 | Claims Bar Date: | 03/25/20 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

07/14/19   under advisement - need tax returns and real estate appraisal

12/24/19 filed and served report of poss assets - email to steve looking for appraisal and mortgage and tax returns for 18,

12/27/19 renee reports that Steve does not have these documents - he has asked Jim for them

12/27/19 2015 appraisal puts value of real estate at 360K - likely more now - but there is first mrtge with Rawlin and Virginia at about 100K and a blanket mrtgage with First Bank of Carmi  (Virginia subordinated note to German American - Bruce Smith

01/16/20 rev 2018 tax reutrn - refund is 6441  - asset is 1/2 (3220.50)   - asset of the estate unless mrs prepares separate return . still need 19 1040; email to A Ozete requesting mortge from G am

01/21/20 rev executed and recirded mrtge of g american - will file notice of abandonment related to the farm ground

01/21/20 filed and served notice of abandonment

05/20/20  spoke to steve re AP - he is working on a deal to settle the AP in exchange for disclaimer of interest in probate estate - he will circulate an agreed  judgement for me to sign off on

08/13/20   rev tax returns and conversation with steve about deal in inheritance - no funds to come to estate.  I filed a no asset report  this date

**Initial Projected Date Of Final Report (TFR):**  December 31, 2021     **Current Projected Date Of Final Report (TFR):**  December 31, 2021

_____   
April 5, 2021   
Date

/s/ Stacy M. Wissel   
_____   
Stacy M. Wissel